UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAY READY, individually and on behalf of
a class of similarly situated individuals,

        Plaintiffs,

vs.

        Case No. 09-CV-12827
        HON. GEORGE CARAM STEEH

KFC CORPORATION,
a Delaware corporation, et al.,

        Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION TO STAY (# 6) AND ADMINISTRATIVE CLOSING

Defendant KFC Corporation filed a motion to stay all proceedings on August 13, 2009 pending a ruling by the Judicial Panel on Multidistrict Litigation ("MDL") whether to coordinate four federal actions for pretrial proceedings pursuant to 28 U.S.C. § 1407. The MDL Panel is expected to be fully briefed in September 2009. Plaintiff has not opposed the motion. Accordingly,

Defendant KFC's motion to stay these proceedings is hereby GRANTED to the extent set forth herein. This case is hereby ADMINISTRATIVELY CLOSED. This case may be reopened by motion of any party without the payment of additional fees or costs, including but not limited to if the MDL Panel declines jurisdiction, or if this matter is remanded back to this court at the conclusion of MDL pretrial proceedings.

        SO ORDERED.

Dated: September 1, 2009

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 1, 2009, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk